

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| ROBERTO T. CASTRO | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| v. | § | No. 3:04-cv-0041-R |
| | § | |
| DOUGLAS DRETKE, Director | § | |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division. | § | |
| | § | |
| *Respondent.* | § | |

## ORDER

United States Magistrate Judge Paul Stickney filed Findings, Conclusions and a Recommendation in this case on October 3, 2005. Petitioner, Roberto T. Castro, filed objections to the Findings, Conclusions and Recommendation of the United States Magistrate Judge in correspondence filed on October 17, 2005. Petitioners grounds for objection are not substantive but merely procedural. Petitioner objects to having to respond to the Findings, Conclusions and a Recommendation within 10 days of receipt since he is unable to obtain legal assistance from a fellow inmate who he claims possesses some of his legal work. (See Pet'rs Corresp. at 1-2).

After reviewing Judge Stickney's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) along with Petitioner's objection to those findings, the Court concludes that Judge Stickney's Findings, Conclusions, and Recommendation are correct and are hereby **ADOPTED** as the findings of this Court.

**IT IS SO ORDERED**

ENTERED: October 21, 2005

Hon. JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS